# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --             )

                                      )

UNIT Company           )      ASBCA No. 60581

                                      )

Under Contract No. W911KB-07-D-0014    )

APPEARANCES FOR THE APPELLANT:        Michael A. Brain, Esq.
                                                Taylor B. McMahon, Esq.
                                                   Law Offices of Royce and Brain
                                                       Anchorage, AK

APPEARANCES FOR THE GOVERNMENT:      Michael P. Goodman, Esq.
                                                       Engineer Chief Trial Attorney
                                                      Carl F. Olson, Esq.
                                                      Kyle B. Davis, Esq.
                                                      William B. Davis, Esq.
                                                      Engineer Trial Attorneys
                                                      U.S. Army Engineer District, Alaska

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: October 4, 2018

_____
RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60581, Appeal of UNIT Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals